■ ROBERT VAN TASSELL, Appellant, v STANLEY B. VOORHIES, Doing Business as STONE HOUSE FARM, Respondent.—In a negligence action to recover damages for personal injuries, plaintiff appeals from a judgment of the Supreme Court, Dutchess County, dated February 13, 1975, which, after

a hearing, dismissed the action. Judgment affirmed, without costs or disbursements. The hearing court properly held that the Workmen's Compensation Law is a bar to the instant action. Hopkins, Acting P. J., Cohalan, Christ, Shapiro and Titone, JJ., concur.